■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JANICK, Appellant. [732 NYS2d 618] —Judgment unanimously affirmed. Memorandum: Supreme Court did not abuse its discretion in imposing an enhanced sentence. As part of the plea agreement, defendant unequivocally agreed to a no-arrest condition. Defendant was arrested while awaiting sentencing, and the agreed-upon sentence, an indeterminate term of incarceration of 2 to 4 years, was enhanced to an aggregate sentence of 7½ to 15 years. At sentencing, defendant denied any involvement in the events leading to his arrest, and the court properly conducted an inquiry to allow him an opportunity to show that the arrest was without foundation (*see, People v Outley*, 80 NY2d 702, 713). Based on the record before us, we conclude that there was a "legitimate basis for the arrest" (*People v Outley, supra*, at 713). Contrary to defendant's further contention, consecutive sentences are permissible where, as here, defendant committed separate acts of larceny and extortion (*see, People v Laureano*, 87 NY2d 640, 643). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Grand Larceny, 3rd Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Gorski and Lawton, JJ.